FILED'07 SEP 10 13:55 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACK MARTIN,<br><br>     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>     Defendant | Civil No. 1:06-CV-847-CL<br><br><br>PROPOSED ORDER FOR ATTORNEY<br><br>FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,411.60 will be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. No other fees, costs, or expenses will be awarded.

DATED this __10__ day of __Sept_____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Franco L. Becia
FRANCO L. BECIA
Special Assistant United States Attorney
(206) 615-2114
of Attorneys for Defendant

Page 1    ORDER - [1:06-CV-847-CL]